# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JACQUELINE M. CLARK,

     Plaintiff,

v.

    Civil Action No. 09-1568 (CKK)

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration

    Defendant.

## MEMORANDUM OPINION
(October 5, 2009)

Plaintiff, Jacqueline M. Clark, filed the above-captioned matter on August 19, 2009, seeking judicial review of a final decision by the Defendant, Michael J. Astrue, Commissioner of the Social Security Administration, denying Plaintiff's claim for Disability Insurance Benefits and Supplemental Security Income under Titles II and XVI of the Social Security Act, 42 U.S.C. § 401 *et seq*. Thereafter, on October 1, 2009, Defendant filed a consent motion requesting that the Court enter judgment reversing the Defendant's final decision and remanding the case to the Defendant for further administrative proceedings, pursuant to 42 U.S.C. § 405(g). *See* Motion for Entry of Judgment with Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), Docket No. [7]. Defendant represents that Plaintiff's counsel has consented to the motion. *Id.* at 1.

Upon consideration of the Defendant's motion, the positions of the parties as stated therein, the relevant case law and statutory provisions, and the record of this case as a whole, the Court shall GRANT Defendant's [7] Motion for Entry of Judgment with Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). Accordingly, the Defendant's final decision is reversed,

and this case is remanded to the Defendant to: (1) remove from the certified transcript the medical reports from several doctors and social workers that belong to another person; (2) hold a new hearing; and (3) issue a new decision. An appropriate Order accompanies this Memorandum Opinion.

Date: October 5, 2009

/s/_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge